IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CATHERINE SCHEMBRI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 98-00998-CV-W-GAF |
| | ) | (Consolidated with Case No. |
| KENDALLWOOD HEALTHCARE | ) | 98-00999-CV-W-GAF) |
| SERVICES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER REVIVING JUDGMENT

Defendants, although being duly served with the Court's Order to Show Cause, fail to appear on or before April 23, 2010, and fail to show cause why the judgment against them in this matter should not be revived. Accordingly, the Court, being fully advised, finds that the Judgment entered herein on May 1, 2000, should be revived.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Judgment of May 1, 2000, for the sum of $550,000.00, together with interest from the date of the Judgment, and costs, less the sum of $7,508.98 collected on June 20, 2000, is hereby revived for the amount remaining unpaid and that execution issue therefore.

IT IS SO ORDERED this 26th day of April, 2010.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court
